**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (*pro hac vice* forthcoming)
Alec M. Leslie (*pro hac vice* forthcoming)
Matthew A. Girardi (*pro hac vice* forthcoming)
Julian C. Diamond (*pro hac vice* forthcoming)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
E-Mail:  pfraietta@bursor.com
             aleslie@bursor.com
             mgirardi@bursor.com
             jdiamond@bursor.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORINA

| | |
|---|---|
| T.T., a minor, individually and on behalf of all others similarly situated,<br><br>                                              Plaintiff,<br><br>       v.<br><br>SUPERCELL, INC.,<br><br>                                              Defendant. | Case No. 4:22-cv-03196-HSG<br><br>**ORDER APPOINTING GUARDIAN AD LITEM**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

Having considered the petition for the appointment of Lisa Tsering as guardian ad litem for T.T., a minor and good cause appearing,

IT IS HEREBY ORDERED that Lisa Tsering be, and is, hereby appointed as guardian ad litem for T.T., a minor and Plaintiff in the above-entitled action.

Dated: 7/18/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge