JENNIFER KELLY (CSB NO. 193416)
jennifer@tyzlaw.com
RYAN TYZ (CSB NO. 234895)
ryan@tyzlaw.com
ERIN JONES (CSB No. 252947)
ejones@tyzlaw.com
SEAN APPLE (CSB NO. 305692)
sapple@tyzlaw.com
TYZ LAW GROUP PC
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Telephone: 415.868.6900

Attorneys for Defendant
Supercell, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| T.T., a minor, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUPERCELL, INC.,<br><br>　　　　Defendant. | Case No: 4:22-cv-03196-HSG<br><br>**JOINT STIPULATION AND ORDER EXTENDING TIME**<br><br>L.R. 6-1(a) and 6-1(b)<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>Complaint Filed: June 1, 2022<br>Trial Date: Not Set |

# JOINT STIPULATION AND ORDER EXTENDING TIME

Pursuant to Civil Local Rule 6-1(a) and 6-1(b), Plaintiff and Defendant Supercell, Inc. ("Supercell"), by and through their respective counsel, hereby stipulate as follows:

Whereas, Plaintiff filed a complaint against Defendant on June 1, 2022 (Dkt. No. 1) (the "Complaint");

Whereas, Plaintiff previously stipulated to extend Supercell's time to answer, move or otherwise respond to the Complaint to August 12, 2022 (Dkt. No. 11);

Whereas, there have been no other extensions of time;

Whereas, Plaintiff agreed to further extend Supercell's time to answer, move or otherwise respond to the Complaint to August 26, 2022;

Whereas, Supercell intends to file a Motion to Dismiss the Complaint;

Whereas, Supercell agreed to extend Plaintiff's time to oppose the Motion to Dismiss from September 9, 2022 to September 23, 2022;

Whereas, this extension will not alter the date of any event or any deadline already fixed by Court order;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their respective counsel:

1. The deadline for Supercell to answer or otherwise respond to Plaintiff's Complaint is extended from August 12, 2022 to August 26, 2022;

2. **Subject to the approval of the Court:**

    a. Plaintiff's Opposition to Supercell's Motion to Dismiss shall be extended from September 9, 2022 to September 23, 2022;

    b. The deadline for Supercell's Reply to Plaintiff's Opposition shall be September 30, 2022, per L.R. 7-3(c); and

    c. Supercell shall notice the hearing for the Motion to Dismiss not less than 14 days after the deadline for Supercell's Reply.

/ / /

IT IS SO STIPULATED.

Respectfully submitted,

Dated: August 4, 2022

BURSOR & FISHER, P.A.

*/s/ L. Timothy Fisher*
L. Timothy Fisher

1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
ltfisher@bursor.com

*Attorneys for Plaintiff*

Dated: August 4, 2022

TYZ LAW GROUP PC

*/s/ Sean Apple*
Sean Apple

4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Telephone: 415.868.6900
sapple@tyzlaw.com

*Attorneys for Defendant Supercell, Inc.*

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Date:   8/9/2022

The Honorable Haywood S. Gilliam, Jr.
United States District Judge