JENNIFER KELLY (CSB NO. 193416)
jennifer@tyzlaw.com
RYAN TYZ (CSB NO. 234895)
ryan@tyzlaw.com
ERIN JONES (CSB No. 252947)
ejones@tyzlaw.com
SEAN APPLE (CSB NO. 305692)
sapple@tyzlaw.com
TYZ LAW GROUP PC
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Telephone: 415.868.6900

Attorneys for Defendant
Supercell, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| T.T., a minor, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUPERCELL, INC.,<br><br>　　　　Defendant. | Case No: 4:22-cv-03196-HSG<br><br>**JOINT STIPULATION AND ORDER MOVING DATE OF TELEPHONIC CASE MANAGEMENT CONFERENCE**<br><br>L.R. 6-1(b)<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>Complaint Filed: June 1, 2022<br>Trial Date: Not Set |

**JOINT STIPULATION AND ORDER**

Pursuant to Civil Local Rule 6-1(b), Plaintiff T.T. and Defendant Supercell, Inc. ("Supercell"), by and through their respective counsel, hereby stipulate as follows:

Whereas the initial case management conference is set to be held on September 6, 2022 (Dkt. No. 10);

Whereas the deadline for Supercell to answer or otherwise respond to Plaintiff's Complaint was extended from August 12, 2022 to August 26, 2022 (Dkt. No. 22);

Whereas the deadline for Plaintiff's Opposition to Supercell's Motion to Dismiss was extended to September 23, 2022 (Dkt. No. 22);

Whereas the deadline for Supercell's Reply to Plaintiff's Opposition is September 30, 2022 (Dkt. No. 22); and

Whereas Supercell shall notice the hearing for the Motion to Dismiss not less than 14 days after the deadline for Supercell's Reply (Dkt. No. 22);

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their respective counsel, and subject to the approval of the Court:

1. The case management conference is hereby reset from September 6, 2022 to October 25, 2022 at 2:00 p.m.; and

2. The Case Management Statement is due by October 18, 2022.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: August 16, 2022        BURSOR & FISHER, P.A.

　　　　　　　　　　　　　　　　 */s/ L. Timothy Fisher*
　　　　　　　　　　　　　　　　L. Timothy Fisher

　　　　　　　　　　　　　　　　1990 North California Boulevard, Suite 940
　　　　　　　　　　　　　　　　Walnut Creek, CA 94596
　　　　　　　　　　　　　　　　Telephone: (925) 300-4455
　　　　　　　　　　　　　　　　ltfisher@bursor.com

　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 16, 2022 | TYZ LAW GROUP PC |
| 3 | | */s/ Sean Apple* |
| | | Sean Apple |
| 4 | | |
| 5 | | 4 Embarcadero Center, 14th Floor |
| | | San Francisco, CA 94111 |
| 6 | | Telephone: 415.868.6900 |
| | | ryan@tyzlaw.com |
| 7 | | |
| | | *Attorneys for Defendant* |
| 8 | | *Supercell, Inc.* |

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Date:  8/17/2022

The Honorable Haywood S. Gilliam, Jr.
United States District Judge

JOINT STIP. AND ORDER TO EXTEND TIME — - 2 -         CASE NO. 4:22-cv-03196-HSG