1  JENNIFER LLOYD KELLY (CSB NO. 193416)
   jennifer@tyzlaw.com
2  RYAN TYZ (CSB NO. 234895)
   ryan@tyzlaw.com
3  ERIN JONES (CSB No. 252947)
   ejones@tyzlaw.com
4  SEAN APPLE (CSB NO. 305692)
   sapple@tyzlaw.com
5  TYZ LAW GROUP PC
   4 Embarcadero Center, 14th Floor
6  San Francisco, CA 94111
   Telephone: 415.868.6900
7
   Attorneys for Defendant
8  Supercell, Inc.

9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12              OAKLAND DIVISION

13

14 | T.T., a minor, individually and on behalf of all others similarly situated, | Case No: 4:22-cv-03196-HSG
15 | | **[PROPOSED] ORDER GRANTING DEFENDANT SUPERCELL, INC.'S MOTION TO DISMISS**
16 | Plaintiff, |
17 | v. | Complaint Filed:   June 1, 2022
18 | SUPERCELL, INC., |
19 | Defendant. |

**[PROPOSED] ORDER**

The Court has heard Defendant Supercell, Inc.'s Motion to Dismiss and considered all of the papers filed by the parties in connection with the Motion and the pleadings on file in this action.

The Court hereby rules as follows: It is hereby ORDERED that Defendant Supercell's Motion is GRANTED in its entirety. The Court therefore dismisses Plaintiff's Complaint with prejudice.

IT IS SO ORDERED.

DATED: _____
THE HONORABLE S. HAYWOOD GILLIAM
UNITED STATES DISTRICT JUDGE