| | |
|---|---|
| **BURSOR & FISHER, P.A.**<br>L. Timothy Fisher (State Bar No. 191626)<br>1990 North California Boulevard, Suite 940<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>E-Mail: ltfisher@bursor.com<br><br>**BURSOR & FISHER, P.A.**<br>Philip L. Fraietta (*pro hac vice*)<br>Alec M. Leslie (*pro hac vice*)<br>Matthew A. Girardi (*pro hac vice*)<br>Julian C. Diamond (*pro hac vice*)<br>888 Seventh Avenue<br>New York, NY 10019<br>Telephone: (646) 837-7150<br>Facsimile: (212) 989-9163<br>E-Mail:  pfraietta@bursor.com<br>            aleslie@bursor.com<br>            mgirardi@bursor.com<br>            jdiamond@bursor.com<br><br>*Attorneys for Plaintiff* | Ryan Tyz<br>Erin Catherine Jones<br>Jennifer Lloyd Kelly<br>Sean Kristofer Apple<br>**Tyz Law Group PC**<br>4 Embarcadero Center<br>Suite 1400<br>94111, Suite 1400<br>San Francisco, CA 94111<br>415-849-3578<br>Email: ryan@tyzlaw.com<br>           ejones@tyzlaw.com<br>           jennifer@tyzlaw.com<br>           sapple@tyzlaw.com<br><br>*Attorneys for Defendant* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORINA

| | |
|---|---|
| T.T., a minor, individually and on behalf of all others similarly situated,<br><br>                                                    Plaintiff,<br>     v.<br><br>SUPERCELL, INC.,<br><br>                                                    Defendant. | Case No. 4:22-cv-03196-HSG<br><br>**STIPULATION AND  ORDER RE: MOTION TO DISMISS HEARING AND CASE MANAGEMENT CONFERENCE SCHEDULING** |

Pursuant to the Court's Standing Order for Civil Cases ("Standing Order") and Civil Local Rules 6-2 and 7-12, Plaintiff T.T. ("Plaintiff") and Defendant Supercell, Inc. ("Defendant") (collectively with Plaintiff, the "Parties") hereby jointly request an order from the Court continuing the Case Management Conference and hearing on Defendant's Motion to Dismiss Plaintiff's Complaint currently scheduled for January 19, 2023 to March 2, 2023.

**RECITALS**

WHEREAS, on June 1, 2022, Plaintiff filed his Complaint against Defendant (ECF No. 1);

WHEREAS, on August 26, 2022, Defendant filed a Motion to Dismiss Plaintiff's Complaint and noticed its motion to be heard on October 27, 2022 at 2:00 p.m. (ECF No. 27);

WHEREAS, on August 30, 2022, Defendant re-noticed its motion to be heard to January 19, 2023 at 2:00 p.m. (ECF No. 32);

WHEREAS, on September 7, 2022, the Court continued the initial case management conference, previously set for October 25, 2022, to January 19, 2023 at 2:00 p.m. (ECF No. 33);

WHEREAS, on September 23, 2022, Plaintiff filed his Opposition to Defendant's Motion (ECF No. 36);

WHEREAS, on September 30, 2022, Defendant filed its Reply in support of its motion to dismiss (ECF No. 37);

WHEREAS, counsel for Plaintiff has a family medical issue that conflicts with the January 19, 2023 hearing date;

WHEREAS, Plaintiff requests a continuance of the hearing on Defendant's Motion to Dismiss and Case Management Conference. Defendant does not object to Plaintiff's request for a continuance of the hearing, provided that the hearing can be rescheduled for March 2, 2022;

WHEREAS, the Parties have previously stipulated to two extensions before Judge Gilliam, extending Defendant's time to respond to the Complaint (ECF No. 11), and extending Defendant's time to file its motion to dismiss (ECF No. 21). The Court has not stated that further extensions will not be granted in this matter.

**NOW THEREFORE, THE FOLLOWING IS HEREBY STIPULATED** by and between the Parties, subject to the Court's approval:

1) The hearing on the Motion to Dismiss shall be on March 2, 2023 at 2:00 p.m.

2) The Case Management Conference shall be on March 2, 2023 at 2:00 p.m.

Dated: December 21, 2022               **BURSOR & FISHER, P.A.**

By: */s/ L. Timothy Fisher*

L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
E-Mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (*pro hac vice*)
Alec M. Leslie (*pro hac vice*)
Matthew A. Girardi (*pro hac vice*)
Julian C. Diamond (*pro hac vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail:  pfraietta@bursor.com
         aleslie@bursor.com
         mgirardi@bursor.com
         jdiamond@bursor.com

*Attorneys For Plaintiff*

**Tyz Law Group PC**

By:  */s/ Ryan Tyz*
       Ryan Tyz

*Attorneys for Defendant*

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to N. D. Cal. L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from counsel for Defendant.

*/s/ L. Timothy Fisher*
L. Timothy Fisher

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Parties will adhere to the following schedule:

1) The hearing on Defendant's Motion to Dismiss shall be continued to March 2, 2023 at 2:00 p.m.

2) The Case Management Conference shall be continued to March 2, 2023 at 2:00 p.m.

Dated:  12/22/2022

*Haywood S. Gilliam, Jr.*
Haywood S. Gilliam, Jr.
United States District Judge