JENNIFER LLOYD KELLY (CSB NO. 193416)
jennifer@tyzlaw.com
RYAN TYZ (CSB NO. 234895)
ryan@tyzlaw.com
ERIN JONES (CSB No. 252947)
ejones@tyzlaw.com
CIARA N. MCHALE (CSB NO. 293308)
ciara@tyzlaw.com
SEAN APPLE (CSB NO. 305692)
sapple@tyzlaw.com
TYZ LAW GROUP PC
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Telephone: 415.868.6900

Attorneys for Defendant
Supercell, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| T.T., a minor, individually and on behalf of all others similarly situated, | Case No: 4:22-cv-03196-HSG |
| Plaintiff, | **JOINT STIPULATION AND ORDER MOVING DATE OF CASE MANAGEMENT CONFERENCE (as modified)** |
| v. | L.R. 6-1(b) |
| SUPERCELL, INC., | Hon. Haywood S. Gilliam, Jr. |
| Defendant. | Complaint Filed: June 1, 2022<br>Trial Date: Not Set |

**JOINT STIPULATION AND ORDER**

Pursuant to the Court's Standing Order for Civil Cases ("Standing Order") and Civil Local Rules 6-2 and 7-12, Plaintiff T.T. ("Plaintiff") and Defendant Supercell, Inc. ("Defendant") (collectively with Plaintiff, the "Parties") hereby jointly request an order from the Court continuing the Case Management Conference from May 9, 2023 to May 30, 2023.

WHEREAS, on June 1, 2022, Plaintiff filed his Complaint against Defendant (ECF No. 1);

WHEREAS, on August 26, 2022, Defendant filed a Motion to Dismiss Plaintiff's Complaint and noticed its motion to be heard on October 27, 2022 at 2:00 p.m. (ECF No. 27);

WHEREAS, on March 17, 2023, the Court granted issued an order granting in part and denying in part Supercell's motion to dismiss the complaint, ECF No. 46;

WHEREAS, on April 21, 2023, Supercell filed its answer to the complaint, ECF No. 48;

WHEREAS, the Initial Case Management Conference in this case is currently set for May 9, 2023;

WHEREAS, the parties met and conferred on April 26, 2023 regarding the Court's order on Supercell's motion to dismiss and management of the case going forward;

WHEREAS, an unavoidable scheduling conflict has arisen for lead counsel for Supercell on the date of the Case Management Conference;

WHEREAS, the parties request a continuance of the Case Management Conference to accommodate the conflict of Supercell's lead counsel and to permit the parties additional time to confer regarding issues to be discussed at the conference. Defendant does not object to the request for a continuance.

WHEREAS, the parties have previously stipulated to three extensions of time before Judge Gilliam, extending Defendant's time to respond to the Complaint (ECF No. 11), extending Defendant's time to file its motion to dismiss (ECF No. 21), and continuing the hearing on Supercell's motion to dismiss and case management conference due to a conflict of Plaintiff (ECF No. 39). The Court has not stated that further extensions will not be granted in this matter.

**NOW THEREFORE, THE FOLLOWING IS HEREBY STIPULATED** by and between the Parties, subject to the Court's approval, that the Telephonic Case Management Conference shall be continued to May 30, 2023 at 2:00 p.m.

Respectfully submitted,

Dated: May 1, 2023                     **TYZ LAW GROUP PC**

*/s/Ciara McHale*
Ciara McHale

*Attorneys for Defendant*
*Supercell, Inc.*

**BURSOR & FISHER, P.A.**

*/s/L. Timothy Fisher*
L. Timothy Fisher

*Attorneys For Plaintiff*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**. : All attorneys and pro se litigants appearing for a telephonic case management conference are required to dial-in at least 15 minutes before the hearing to check-in with the CRD

Dated: 5/2/2023                     _____

THE HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from counsel for Plaintiff.

*/s/ Ciara McHale*
Ciara McHale