UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.T.,<br><br>   Plaintiff,<br><br>  v.<br><br>SUPERCELL, INC.,<br><br>   Defendant. | Case No. 22-cv-03196-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on May 30, 2023. Having considered the parties' amended proposal, *see* Dkt. No. 54, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | June 20, 2023 |
| Last Day to File Class Certification Motion | February 20, 2024 |
| Plaintiff's Disclosure of Expert Names and General Subject Matter | February 20, 2024 |
| Class Certification Opposition | May 20, 2024 |
| Defendant's Disclosure of Expert Names and General Subject Matter | May 20, 2024 |
| Class Certification Reply | July 1, 2024 |
| Last Day to Hold Hearing on Class Certification Motion | July 18, 2024, at 2:00 p.m. |

//

//

//

//

1 These dates may only be altered by order of the Court and only upon a showing of good
2 cause.  The parties are directed to review and comply with this Court's standing orders.  The
3 parties did not include discovery deadlines in their proposed schedule.  As the Court indicated
4 during the case management conference, discovery in this case is not bifurcated, and the Court
5 will not continue the case schedule based on discovery disputes.  The parties are expected to
6 resolve any disputes and complete the necessary discovery in time to meet their class certification
7 deadlines.  This terminates Dkt. No. 54.

**IT IS SO ORDERED.**

Dated: 6/8/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge