**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (*pro hac vice*)
Alec M. Leslie (*pro hac vice*)
Matthew A. Girardi (*pro hac vice*)
Julian C. Diamond (*pro hac vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail:  pfraietta@bursor.com
         aleslie@bursor.com
         mgirardi@bursor.com
         jdiamond@bursor.com

*Attorneys for Plaintiff*

Ryan Tyz
Erin Catherine Jones
Jennifer Lloyd Kelly
Sean Kristofer Apple
**Tyz Law Group PC**
4 Embarcadero Center
Suite 1400
94111, Suite 1400
San Francisco, CA 94111
415-849-3578
Email: ryan@tyzlaw.com
       ejones@tyzlaw.com
       jennifer@tyzlaw.com
       sapple@tyzlaw.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.T., a minor, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUPERCELL, INC.,<br><br>Defendant. | Case No. 4:22-cv-03196-HSG<br><br>**STIPULATION AND ORDER TO AMEND COMPLAINT (AS MODIFIED)** |

1    Pursuant to Federal Rule of Civil Procedure 15(a)(2) and Civil Local Rule 7-12, Plaintiff T.T. ("Plaintiff") and Defendant Supercell, Inc. ("Defendant") (collectively with Plaintiff, the "Parties"), by and through their respective counsel, stipulate and agree as follows.

    WHEREAS, on June 1, 2022, Plaintiff filed his Complaint against Defendant (ECF No. 1);

    WHEREAS, on August 26, 2022, Defendant filed a Motion to Dismiss Plaintiff's Complaint (ECF No. 27);

    WHEREAS, on September 23, 2022, Plaintiff filed his Opposition to Defendant's Motion (ECF No. 36);

    WHEREAS, on September 30, 2022, Defendant filed its Reply in support of its motion to dismiss (ECF No. 37);

    WHEREAS, on March 17, 2023, the Court issued an order granting the motion to dismiss as to Plaintiff's claim under the UCL's fraudulent prong and as to Plaintiff's request for injunctive relief, but otherwise denied the motion (ECF No. 46);

    WHEREAS, on April 21, 2023, Defendant filed its Answer to Plaintiff's Complaint, in which it identified Supercell OY as a mobile video game development company whose games include Brawl Stars, Clash of Clans, and Clash Royale, and a party to the Terms of Service relied on in Plaintiff's Complaint (ECF No. 48);

    WHEREAS, on June 8, 2023, the Court issued a scheduling order giving the Parties until June 20, 2023 to amend the pleadings (ECF No. 55);

WHEREAS, counsel for Plaintiff has advised that Plaintiff wishes to amend his Complaint to add Supercell OY and remove references to the UCL fraudulent prong and injunctive relief, and intends to do so by June 20, 2023;

    WHEREAS, Defendant does not oppose amendment of the Complaint, with the understanding that the parties agree Defendant's non-opposition to the proposed amendment of the Complaint is without waiver of any and all rights of Defendant and Supercell Oy to object to, challenge, or otherwise respond to the amended complaint consistent with the Federal Rules of Civil Procedure and the Court's Local Rules, including without limitation a response to the complaint under Fed. R. Civ. P. 12, which are hereby expressly reserved;

WHEREAS, Plaintiff has not previously amended his Complaint. The Court has not stated that amendment of the pleadings will not be granted in this matter.

**NOW THEREFORE, THE FOLLOWING IS HEREBY STIPULATED:**

1. Plaintiff may amend and file an amended complaint by June 20, 2023.

Dated: June 21, 2023  **BURSOR & FISHER, P.A.**

By:  /s/ L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (*pro hac vice*)
Alec M. Leslie (*pro hac vice*)
Matthew A. Girardi (*pro hac vice*)
Julian C. Diamond (*pro hac vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail:  pfraietta@bursor.com
         aleslie@bursor.com
         mgirardi@bursor.com
         jdiamond@bursor.com

*Attorney for Plaintiff*

**Tyz Law Group PC**

By:  /s/ *Ryan Tyz*
       Ryan Tyz

*Attorneys for Defendant*

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to N. D. Cal. L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from counsel for Defendant.

        /s/ *L. Timothy Fisher*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

The Court **GRANTS** the stipulation to amend the complaint. The amended complaint that Plaintiff filed at Dkt. No. 58 is now the operative complaint in this case.

Dated:  6/21/2023

_____
Haywood S. Gilliam, Jr.
United States District Judge