QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Shon Morgan (Bar No. 187736) -
  shonmorgan@quinnemanuel.com
  John W. Baumann (Bar No. 288881)
  jackbaumann@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendant Supercell, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| T.T., a minor, individually and on behalf of all others similarly situated, | Case No. 4:22-cv-03196-HSG |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING TIME TO ANSWER FIRST AMENDED COMPLAINT** |
| vs. | |
| SUPERCELL, INC. and SUPERCELL OY, | The Hon. Haywood S Gilliam, Jr |
| Defendants. | Trial Date:          None Set |

Plaintiff T.T. ("Plaintiff") and Defendant Supercell, Inc. ("Supercell") hereby stipulate, by and through their counsel, to extend the time to answer or otherwise respond to the First Amended Complaint ("FAC"), pursuant to Civil L. R. 6-1 as follows:

WHEREAS, Plaintiff filed his FAC in this action on June 20, 2023 (Dkt. 58) which became the operative complaint by order on June 21, 2023 (Dkt. 62);

WHEREAS, under Fed. R. Civ. P. 15(a)(3) "any required response to an amended pleading must be made . . . within 14 days after service of the amended pleading";

WHEREAS, Supercell was served with the FAC by ECF on June 20, 2023, such that Supercell's responsive pleading due date (given the Court holiday on July 4, 2023) is July 5, 2023;

WHEREAS, Supercell intends to substitute new counsel in this matter, and to ensure new counsel has sufficient time to get up to speed and assist with Supercell's response, and given that

the current response deadline falls immediately after a holiday period, the Parties have met and conferred and agreed that Supercell shall answer or otherwise respond to the FAC on or before July 28, 2023;

WHEREAS, this change will not alter the date of any event or any deadline already fixed by Court order;

IT IS THEREFORE STIPULATED AND AGREED AND THE PARTIES REQUEST AN ORDER that Supercell shall have until July 28, 2023 to file an answer or responsive pleading to the FAC in this case.

DATED:  June 30, 2023                    Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Shon Morgan*
Shon Morgan
John W. Baumann
Attorneys for Defendant Supercell, Inc.

DATED:  June 30, 2023                    BURSOR & FISHER, P.A.

By */s/ Philip Lawrence Fraietta*
Philip Lawrence Fraietta
Attorneys for Plaintiff

1

## <u>ATTESTATION</u>

2      Pursuant to Civil L.R. 5-1(h)(3),  I attest under penalty of perjury that concurrence in the

3   filing of this document has been obtained from the other signatory.

4

5                                          By */s/ Shon Morgan*

6                                             Shon Morgan
                                             John W. Baumann
7                                             Attorneys for Defendant Supercell, Inc.

8

9   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

10

11   DATE:  _____7/3/2023_____

12                                          Haywood S Gilliam, Jr
                                             United States District Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28