**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (*pro hac vice*)
Alec M. Leslie (*pro hac vice*)
Matthew A. Girardi (*pro hac vice*)
Julian C. Diamond (*pro hac vice*)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail:  pfraietta@bursor.com
         aleslie@bursor.com
         mgirardi@bursor.com
         jdiamond@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.T., individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SUPERCELL, INC. and SUPERCELL OY,<br><br>    Defendants. | Case No. 3:22-cv-03196-RFL<br><br>**STIPULATION OF DISMISSAL**<br><br>Judge:  Hon. Rita F. Lin |

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff T.T. and Defendants Supercell, Inc. and Supercell Oy that all claims, by and between Plaintiff and Defendants are hereby dismissed with prejudice and without costs against any party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: March 1, 2024                Respectfully submitted,

By: /s/ L. Timothy Fisher
    L. Timothy Fisher

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (*pro hac vice*)
Alec M. Leslie (*pro hac vice*)
Julian C. Diamond (*pro hac vice*)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail:  pfraietta@bursor.com
         aleslie@bursor.com
         jdiamond@bursor.com

*Attorneys for Plaintiff*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: /s/ John W. Baumann

Shon Morgan (Bar No. 187736)
shonmorgan@quinnemanuel.com
John W. Baumann (Bar No. 288881)
jackbaumann@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendants*

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to N. D. Cal. L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from counsel for Defendant.

　　　　　　*/s/ L. Timothy Fisher*

Dated: _____, 2024

**SO ORDERED:**

_____
The Honorable Rita F. Lin, U.S.D.J.